■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES RUNKO, Appellant. [962 NYS2d 911]—

Appeal by the defendant from an order of the Supreme Court, Suffolk County (Spinner, J.), dated July 12, 2012, which, without a hearing, denied his motion pursuant to Correction Law § 168-o (2) for a downward modification of his risk level classification under Correction Law article 6-C.

Ordered that the order is reversed, on the law, without costs or disbursements, and the matter is remitted to the Supreme Court, Suffolk County, for a hearing and, thereafter, a new determination of the defendant's motion.

By notice of motion dated September 21, 2010, the defendant moved pursuant to Correction Law § 168-*o* (2) for a downward modification of his risk level classification under the Sex Offender Registration Act (Correction Law art 6-C). The Supreme Court denied the defendant's motion without holding a hearing. Because the requisite procedures set forth in Correction Law § 168-*o* were not followed, we reverse.

As the People correctly concede, the Supreme Court failed to conduct a hearing on the defendant's motion, as it was required to do pursuant to Correction Law § 168-*o* (4) (*see People v Hazen*, 103 AD3d 943 [2013]; *People v Lashway*, 90 AD3d 1178, 1178 [2011]; *see also People v Damato*, 58 AD3d 819, 821 [2009]). Accordingly, the matter must be remitted to the Supreme Court, Suffolk County, for a hearing and, thereafter, a new determination of the defendant's motion. Rivera, J.P., Dickerson, Leventhal and Hinds-Radix, JJ., concur.